# Court of Appeals
# of the State of Georgia

ATLANTA,  May 22, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0388. JEROME SMALLWOOD v. CJP HOLDING, INC.

Landlord CJP Holding, Inc. commenced dispossessory proceedings against tenant Jerome Smallwood in magistrate court. That court entered default judgment, and Smallwood filed a motion to set aside. The magistrate court denied the motion on April 24, 2025, and Smallwood filed this application for discretionary appeal on May 5, 2025. We, however, lack jurisdiction.

"[T]he only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (citation and punctuation omitted). Under the Georgia Constitution, "[a]ny court shall transfer to the appropriate court in the state any civil case *in which it determines that jurisdiction or venue lies elsewhere.*" Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII (emphasis added); accord Court of Appeals Rule 11 (b). To the extent an application for discretionary appeal represents an attempt to appeal a magistrate order, this Court normally transfers such applications to state or superior court.[1] Under OCGA § 44-7-56 (b) (1), however, a notice of appeal in a dispossessory case "shall be filed with the clerk of the trial court within seven days after the date the judgment was entered in the trial court[.]" Because Smallwood filed this application for discretionary appeal 11 days after the trial court's order, he has failed to comply with

---

[1] Under OCGA § 5-3-4 (a), state and superior courts have appellate jurisdiction over final judgments of lower judicatories.

a jurisdictional prerequisite to appeal a dispossessory ruling. See *Stubbs v. Local Homes, LLC*, ___ Ga. App. ___, ___ (Case No. A25A0036, Apr. 22, 2025). Because no court has jurisdiction to consider this appeal, we decline to transfer this case to state or superior court. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___05/22/2025_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*